

PLAINTIFF'S
EXHIBIT
2 - A

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752 | Fax: 301-251-3753

Account Statement

Prepared for Leeann Joy Lapointe

Re: Alex's Italian Restaurant

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $17,074.56 |
| New Balance | $17,074.56 |
| Adjustments | $0.00 |
| Payments | $0.00 |
| Now Due | $17,074.56 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

## PRE-BILL

Leeann Joy Lapointe

Invoice Date: January 12, 2019
Invoice Number: Pre-bill
Invoice Amount: $17,074.56

## Matter: Alex's Italian Restaurant

**Attorney's Fees**

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 3/21/2018 | Lengthy tele conf. with client re payment issues and termination. | H.B.H. | 1.30 | $520.00 |
| 3/24/2018 | Draft letter of representation; review and revise. Transmit. Multi comm with client re same. | H.B.H. | 1.10 | $440.00 |
| 5/4/2018 | Draft lawsuit against Alex's Italian Restaurant and related entities; review and revise. | H.B.H. | 4.30 | $1,720.00 |
| 6/10/2018 | Tele conf. with client re status of matter. | H.B.H. | .50 | $200.00 |
| 6/15/2018 | Training w/ HBH re filing of complaint | J.L. | .30 | No Charge |
| 6/15/2018 | Confer with client. (.1 hrs). Review and revise Complaint. (.3 hrs). Draft summons and civil cover sheet. (.2 hrs). Confer with JL re status of case and open case via ECF. (.3 hrs). | H.B.H. | .60 | $240.00 |
| 6/16/2018 | Review file complaint; draft comm. to client re status of matter. | H.B.H. | .10 | $40.00 |
| 6/28/2018 | Draft notice of appearance | J.L. | .10 | $20.50 |
| 6/28/2018 | Editing entry of appearance | J.L. | .10 | $20.50 |
| 6/28/2018 | Finalizing and filing notice of appearance | J.L. | .20 | $41.00 |
| 7/6/2018 | Discuss w/ HBH re case status and strat | J.L. | .10 | $20.50 |
| 7/14/2018 | File proof of services. (.1 hrs) Advise client of status of matter. (.1 hrs). | H.B.H. | .20 | $80.00 |
| 8/7/2018 | Review misc. correspondence from court re scheduling order | J.L. | .10 | $20.50 |
| 8/7/2018 | Review case status w/ HBH and GH | J.L. | .10 | No Charge |
| 8/7/2018 | Conference on case | G.H. | .10 | No Charge |
| 8/7/2018 | Confer with associate attorneys re status of matter and assignment of labor. | H.B.H. | .10 | $40.00 |
| 8/8/2018 | Review order re teleconference re Lapointe. | H.B.H. | .20 | $80.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 9/20/2018 | Draft comm. to C. Pham re scheduling conference call. | H.B.H. | .10 | $40.00 |
| 9/21/2018 | Conf. with JL and HBH regarding case status and assignments. | G.H. | .20 | $41.00 |
| 9/21/2018 | Conver w/ HBH and GH re claims. | J.L. | .20 | $41.00 |
| 9/21/2018 | Review client file and complaint. | G.H. | .20 | $41.00 |
| 9/21/2018 | Teleconf. with HBH JL and opposing counsel regarding modifications to proposed scheduling order. | G.H. | .30 | $61.50 |
| 9/21/2018 | Draft joint initial report. | J.L. | 1.40 | $287.00 |
| 9/21/2018 | Review email correspondence with opposing counsel regarding joint status report. | G.H. | .10 | $20.50 |
| 9/21/2018 | Finalize and file initial joint report. | J.L. | .30 | $61.50 |
| 9/21/2018 | Tele conf. with C. Pham re scheduling order and other issues. (.3 hrs). Confer with Associates re preparation of status report. Review and revise status report. (.5 hrs) | H.B.H. | .80 | $320.00 |
| 9/24/2018 | Tele conf. with Judge Blake and C. Pham re scheduling. | H.B.H. | .20 | $80.00 |
| 9/27/2018 | Review order from jdg. setting med. before mag. jdg. | J.L. | .10 | $20.50 |
| 9/27/2018 | Review scheduling order. | J.L. | .10 | $20.50 |
| 9/27/2018 | Review scheduling order. | H.B.H. | .20 | $80.00 |
| 9/28/2018 | Review email correspondence with opposing counsel regarding scheduling settlement conference. | G.H. | .10 | $20.50 |
| 9/28/2018 | Review client file, draft interrogatories to defendants. | G.H. | 2.30 | $471.50 |
| 9/28/2018 | Review comm. re mediation dates and draft comm. to C. Pham re same. | H.B.H. | .10 | $40.00 |
| 10/1/2018 | Review client file, draft written discovery. | G.H. | 1.40 | $287.00 |
| 10/1/2018 | Review and respond to multi comm. from Judge Coulson's judicial assistant re scheduling of mediation. Review comm. from client re same. | H.B.H. | .20 | $80.00 |
| 10/2/2018 | Review email corresp. between jdg. chambers, HBH, and op. con. re med. conf. date. | J.L. | .10 | $20.50 |
| 10/2/2018 | Review scheduling order for med. conf. and calendar dates. | J.L. | .10 | $20.50 |
| 10/2/2018 | Review and revise rogs and RPD's to defendants. | G.H. | .70 | $143.50 |
| 10/2/2018 | Review email from HBH to client regarding settlement conference date. | G.H. | .10 | $20.50 |
| 10/2/2018 | Review email from HBH to Pl re med. conf. scheduling. | J.L. | .10 | $20.50 |
| 10/2/2018 | Conf. with HBH regarding case status and assignments. | G.H. | .10 | $20.50 |
| 10/2/2018 | Review and revise Interrogatories to Def. Draft comm. to C. Pham re same. | H.B.H. | .80 | $320.00 |
| 10/2/2018 | Review Order re Mediation and forward same to client with comm. re status of matter. | H.B.H. | .20 | $80.00 |
| 10/11/2018 | Conf. with HBH and JSL regarding case status and assignments. | G.H. | .10 | $20.50 |
| 10/11/2018 | Discuss case status w/ HBH and GBH. | J.L. | .10 | $20.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/12/2018 | Review and revise Request for Production of Docs. | H.B.H. | .40 | $160.00 |
| 11/11/2018 | Draft comm to C. Pham re status of overdue interrogatories. | H.B.H. | .10 | $40.00 |
| 11/12/2018 | Review email from HBH to opposing counsel regarding passed discovery deadlines. | G.H. | .10 | $20.50 |
| 11/14/2018 | Review email from HBH to opposing counsel regarding discovery answers. | G.H. | .10 | $20.50 |
| 11/14/2018 | Draft comm to C. Pham re status of matter. | H.B.H. | .10 | $40.00 |
| 11/15/2018 | Review comm from C. Pham re status of discovery. | H.B.H. | .10 | $40.00 |
| 11/20/2018 | Draft Motion to Compel. | G.H. | .80 | $164.00 |
| 11/20/2018 | Prepare exhibits for Motion for Sanctions. | G.H. | .10 | $20.50 |
| 11/20/2018 | Review and revise Motion to Compel; multi conf with GBH re same. Review file materials. File Motion via ECF. | H.B.H. | 1.70 | $680.00 |
| 11/26/2018 | Review mot. for sanctions. | J.L. | .20 | $41.00 |
| 11/27/2018 | Calculate damages. | J.L. | .50 | $102.50 |
| 11/27/2018 | Draft ex parte mediation letter to mag judge. | J.L. | 2.50 | $512.50 |
| 11/27/2018 | Review comm. from Judicial Assistant. Draft comm. to Judicial Assistant re belated mediation letter. | H.B.H. | .10 | No Charge |
| 11/28/2018 | Review Def. Disc prod, update ex parte letter to mag jud with disc. discrepancies. | J.L. | 4.20 | $861.00 |
| 11/28/2018 | Research on liquidated damages for retaliation claims. | J.L. | .30 | $61.50 |
| 11/28/2018 | Review and revise ex parte ltr to Judge Coulson. Multi conf with J. Liew re same. Prepare materials and transmit same to Chambers. | H.B.H. | 1.50 | $600.00 |
| 11/28/2018 | Edit and finalize exhibits for ex parte mediation letter. | J.L. | .30 | $61.50 |
| 11/29/2018 | Review ex parte letter to Judge Coulson regarding mediation. | G.H. | .20 | $41.00 |
| 11/29/2018 | Review email from HBH to opposing counsel regarding lodestar statement. | G.H. | .10 | $20.50 |
| 11/29/2018 | Review email comms between op con and HBH re Def position and analysis of doc production. | J.L. | .10 | $20.50 |
| 11/29/2018 | Review extensive email from opposing counsel regarding supplemental production and Defendants' position for mediation. | G.H. | .20 | $41.00 |
| 11/29/2018 | Review email from HBH to client L. Lapointe regarding Defendants' supplemental production. | G.H. | .10 | $20.50 |
| 12/3/2018 | Review discovery deadlines. | J.L. | .10 | $20.50 |
| 12/3/2018 | Confer call w/ HBH and op con re pot. settlement and state of Def's evidence. | J.L. | .60 | $123.00 |
| 12/3/2018 | Confer w/ HBH re state of Def's evidence, add. RPDs to Defs. | J.L. | .40 | $82.00 |
| 12/3/2018 | Review def. disc prod. for confer call. | J.L. | .30 | $61.50 |
| 12/3/2018 | Review email from opposing counsel regarding Plaintiff's attorneys' lodestar statement. | G.H. | .10 | $20.50 |
| 12/3/2018 | Draft 2nd RPDs to defs. | J.L. | 1.00 | $205.00 |
| 12/3/2018 | Edit 2nd RPDs to Defs. | J.L. | .90 | $184.50 |
| 12/3/2018 | Edit 2nd RPDs to Defs. | J.L. | .20 | $41.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 12/3/2018 | Review comm from C. Pham together with attachments; confer with J. Liew re defense claims and docs. | H.B.H. | .40 | $160.00 |
| 12/3/2018 | Conf call with C. Pham and J. Liew re settlement and related issues. | H.B.H. | .60 | $240.00 |
| 12/4/2018 | Finalize, email and mail 2nd RPDs to Defs. | J.L. | .40 | $82.00 |
| 12/4/2018 | Confer with J. Liew re RPDs; review 2nd set of RPDs. | H.B.H. | .30 | $120.00 |
| 12/7/2018 | Review email comm between HBH and op con re outstanding disc. | J.L. | .10 | $20.50 |
| 12/7/2018 | Tele conf. with C. Pham re L. Lapointe claims. (.3 hrs). Tele conf. with Lapointe re same. (.2 hrs). Review comm. from C. Pham re claims. (.1 hrs). | H.B.H. | .60 | $240.00 |
| 12/7/2018 | Draft lengthy comm to C. Pham re status of matter. | H.B.H. | .20 | $80.00 |
| 12/10/2018 | Draft mot. to extend Rule 26a2 expert disclosures, and prop. order. | J.L. | 1.10 | $225.50 |
| 12/10/2018 | Review pl. MTE Rule 26a2 deadline. | J.L. | .10 | $20.50 |
| 12/10/2018 | Review and revise Motion for Extension of Time; file same via ECF | H.B.H. | .20 | $80.00 |
| 12/10/2018 | Multi tele conf with Lapointe re status of negotiations and mediation conference. | H.B.H. | .40 | $160.00 |
| 12/10/2018 | Confer with JL re status of mediation. | H.B.H. | .10 | $40.00 |
| 12/10/2018 | Draft comm to C. Pham re extension of time; review comm from C. Pham. | H.B.H. | .10 | $40.00 |
| 12/11/2018 | Travel to and from US District Court MD Baltimore (1.8 hrs). Attend mediation (3.3 hours) | H.B.H. | 5.10 | $2,040.00 |
| 12/11/2018 | Debrief w/ HBH re settlement conference. | J.L. | .20 | $41.00 |
| 12/19/2018 | Phone convo w/ HBH and op con re. time line of set. offers. | J.L. | .10 | $20.50 |
| 12/19/2018 | Tele conf. with C. Pham and J. Liew re settlement. | H.B.H. | .10 | $40.00 |
| 12/21/2018 | Review comm from Pham attaching Lapointe agreement; review and revise agreement. | H.B.H. | 1.20 | $480.00 |
| 12/27/2018 | Prepare and file Consent to Magistrate Judge. | H.B.H. | .40 | $160.00 |
| 12/31/2018 | Draft comm to C. Pham re return of signed agreement. | H.B.H. | .10 | $40.00 |
| 1/4/2019 | Draft comm to C. Pham re status of settlement agreement. | H.B.H. | .10 | $40.00 |
| 1/4/2019 | Draft comm to C. Pham re return of signed agreement. | H.B.H. | .10 | $40.00 |
| 1/6/2019 | Draft comm to C. Pham re return of signed agreement. | H.B.H. | .10 | $40.00 |
| 1/7/2019 | Review signed conf. judg. note and set. sig. page. | J.L. | .10 | $20.50 |
| 1/7/2019 | Review and respond to Judicial Assistant to Judge Blake re status of settlement and consent to Magistrate Judge, | H.B.H. | .10 | $40.00 |
| 1/8/2019 | Comm with client re status of settlement agreement and signature re same. | H.B.H. | .10 | $40.00 |
| 1/8/2019 | Draft comm to C. Pham requesting Motion for Approval of Settlement Agreement. | H.B.H. | .10 | $40.00 |
| 1/8/2019 | Review Consent to Magistrate Judge from Defendants. (.1 hrs). Review Court Order assigning | H.B.H. | .20 | $80.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | case to Magistrate Judge Coulson. (.1 hrs). | | | |
| 1/9/2019 | Draft affidavit for atty. fees. | J.L. | .30 | $61.50 |
| 1/9/2019 | Review Joint Motion Approval Settlement, draft declaration. | G.H. | .30 | $61.50 |
| 1/9/2019 | Draft Motion for Approval of Settlement Agreement; review and revise. (1.3 hrs). Draft comm. to C. Pham re same. (.1 hrs). | H.B.H. | 1.40 | $560.00 |
| 1/10/2019 | Draft follow up comm to C. Pham again asking for review of proposed Joint Motion. | H.B.H. | .10 | $40.00 |
| 1/11/2019 | Tele conf with Pham re status of matter. | H.B.H. | .10 | $40.00 |
| 1/11/2019 | Review set. agreement and joint mot. approving set. agreement (0.2); draft prop. order to accompany mot. (0.1). | J.L. | .30 | $61.50 |
| 1/11/2019 | Review and respond to comm C. Pham re status of Joint Motion for Approval of Settlement Agreement. | H.B.H. | .10 | $40.00 |
| 1/12/2019 | Comm. with J. Liew re preparation/segregation of billing records. | H.B.H. | .20 | $80.00 |
| 1/12/2019 | Review billing statement and categorize same per atty. | J.L. | .30 | $61.50 |
| 1/12/2019 | Draft comm to C. Pham attaching settlement agreement (with Lapointe's signature). | H.B.H. | .10 | $40.00 |
| 1/12/2019 | Prepare Atty Declaration in support of Joint Motion for Approval of Settlement Agreement. Review and revise. | H.B.H. | .30 | $120.00 |
| SUBTOTAL: | | | 53.80 | $16,327.00 |

### Costs

| Date | Description | Amount |
|---|---|---|
| 4/4/2018 | Postage | $1.42 |
| 4/12/2018 | Postage | $6.55 |
| 6/15/2018 | Filing Fee | $400.00 |
| 6/22/2018 | Priority Mail - Beach Process | $6.55 |
| 7/13/2018 | Service of Process | $210.00 |
| 10/29/2018 | Postage | $1.63 |
| 11/28/2018 | Postage - Priority Mail, Judge Coulson | $6.55 |
| 12/11/2018 | Mileage | $42.46 |
| 12/11/2018 | Parking | $18.00 |
| 12/11/2018 | Tolls | $6.40 |
| 1/12/2019 | Copies/Printing (192 pages @ .25/page) | $48.00 |
| SUBTOTAL: | | $747.56 |

### Matter Ledgers

SUBTOTAL:

### Trust Account

| Date | Description | Amount |
|---|---|---|
| 1/12/2019 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $17,074.56

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $17,074.56