

PLAINTIFF'S EXHIBIT 4

## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Leanne Joy Lapointe** | * | |
| **Plaintiff** | * | |
| v. | * | Case No. 1:18-cv-01787-CCB |
| **F, J & D Enterprises, Inc.,** *et al* | * | |
| **Defendants** | * | |

## DECLARATION OF GREGORY B. HERBERS

1. I, Gregory B. Herbers, Esq., am at least 18 years of age and competent to testify, and I am not a party to, or related to a party, in this action. I am employed by Hoffman Employment Law, LLC, and serve as an associate to Howard B. Hoffman, counsel to the Plaintiff in the above-referenced matter.

2. By way of brief background, I am an attorney in private practice, and I concentrate on employment law. I have been practicing law since 2015, after graduating from Pepperdine University School of Law. I am admitted to the Maryland bar (since 2018) and the California bar (since 2015). I will be moving to be sworn into the bar of the U.S. District Court for the District of Maryland.

3. Prior to my employment with Hoffman Employment Law, LLC, I gained experience in employment law by taking a course on employment law at Pepperdine University School of Law. As an associate with Hoffman Employment Law, I now focus almost exclusively on employment law cases, primarily those concerning unpaid wage violations involving the FLSA and related state statutes.

4. My total time in this case, through December 11, 2018 (the mediation date) was 7.5

hours. The total value of this time is $1,517.00. In September of 2018, I was tasked with preparing written discovery requests, and so I spent time reviewing the case file to get up to speed. I also drafted a Motion to Compel Defendants' discovery answers. Since December 11, I estimate that I have spent an additional .5 hours on this case, for a total amount of $102.50. I have spent that time reviewing the settlement agreement, as well as drafting this Declaration.

5. I have maintained time and costs records in this case, which I have placed into "RocketMatter"© software. The time records reflect actual time that I have expended in the prosecution of this litigation (the "RocketMatter" entries have not been placed into the Court's required lodestar billing format). I inputted my time promptly following work performed. To the fullest extent practical, I have specified the time spent per task, and I have avoided the practice of block billing.

6. The hourly rate claimed in this case, i.e., $205/hour, is well within the range permitted by the U.S. District Court for the District of Maryland (Lodestar Guidelines). It is also supported by primary counsel on this matter, Howard B. Hoffman, Esq., who recently executed the following Declaration. Exh. 2.

**DECLARANT FURTHER SAYETH NAUGHT**

I solemnly affirm under the penalties of perjury that the contents of the foregoing declaration are true and correct.

Gregory B. Herbers, Esq.
January 14, 2019